# EXHIBIT 2

Message

| | |
|---|---|
| **From**: | Greg Soufleris [gsoufleris@gmail.com] |
| **Sent**: | 10/10/2017 2:16:15 PM |
| **To**: | Soufleris, Adam [adam.soufleris@wellsfargo.com] |
| **Subject**: | ATEC Presentation |
| **Attachments**: | ATEC Presentation.pptx |

Threw it together quickly, but a starter at least. Let me know your thoughts if you have time. I'm flying out there Th-Fri.

Proprietary and Strictly Confidential



# Business Plan
Greg Soufleris

2018-2023

1

## Purpose Points



**Purpose of Presentation:**

To share an overview of my plans, demonstrating how business could be conducted by presenting strategic initiatives for best disrupting the market. My vision is clear with realistic expectations, including detailed plans for results to be achieved today and into the future. A structural and geographical analysis is included along with details for current and future team members, compensation structure, and future expansion plans. From my initial position of Chief of Satff to building the largest distribution network possible, we will work together to make ATEC a power player in the spine world. As the presentation concludes, the vision should be clear and steps to achieve the desired outcome will be transparent.

2

# Purpose Points

• Chief of staff while managing Absolute Medical LLC –

• Non-compete for DPs – payment structure

• DP – buy in similar to my buy in/out
  •5% new buy out if we choose to

•If you want to terminate or split up after 5 years, there will be a 10% buy out

•Non-compete for reps – payment structure

•Consulting deals/plans

•Building the team/structure of the future

3

# Chief Of Staff



• For the term of one year I will enter the roll of Chief Of Staff

• I will report to Pat Miles - as I told him many times, I will follow him anywhere on the planet

• I will work closely with Terry Rich for sales recruitment as well as Brian Snyder with product development needs

• I will be present in executive meetings, learning all scopes of each business including M&A and finance and help provide distribution strategies and advice

• Will be a "rover" for all aspects of business and help out in any way possible

• Structure a way to commenserate my 1.5 buy out from NUVA into equity with ATEC or an equil risk-reward structure that is serves both sides

4

# Absolute Medical LLC



- Begins on day one as I take the role of Chief of Staff
- Runs like a law firm or financial institution; I will be the founder, but will have many "partners" who serve similar to DPs
  - Partners will manage their own businesses, but we will have partners meetings to review and ensure success
  - A profit share will ensure accountability and maintain core culture

**Terms:**
- 40% commission with 5 year term
- Current DP buy in/out with equity deal (TM or direct employees not needed)
- Begin with FL and S/E counter-parts as they will immdiately buy-in
- Ensure Absolute Medical will have a "better" or "higher" contract than others, due to our commitment and early risk/buy-in
- Indemnify us from any lawsuits
- After the term, a position as a direct report to Pat Miles or re-negotiate

**Return**
- Promise: 30-40 Million in revenue in 2 years.

5

# Absolute Medical LLC



**Return**
•Promise: 30-40 Million in revenue in 2 years.

• 3-4 Partners in Florida (20 million)
• 1 Partner in AL (5 million)
• 1 Partner in GA (5 million)
• 2 Partners in LA (5 million)

• 1 Partner in MO (5 million)
• 1 Partner in OK (5 million)

•And the list goes on..

•We can build the structure and grow the business, together, with 100% commitment on results and adoption.

6

# Absolute Medical LLC





GA Partner

AL Partner

LA Partner
FL Partner

FL Partner
FL Partner

# 5 Year Plan



|  | Revenue | Pipeline and Key Actions |
|---|---|---|
| **2018** | **20,000,000** | • Aggressive sales on-boarding process to immediately gain revenue<br>• Structure geographies for long term growth potential including buy-ins/outs if needed<br>• Comprehensive non-compete avoidance<br>• Team culture and trust with Partner structure |
| **2 Year** | **30,000,000** | • An early estimation of current growth can indicate a realistic two year expectation goal<br>• Additional sales representatives as well as new customer buy in groomed through our clinical education programs as well as leading products will result in future growth<br>• Continue doing what we are doing, while "taking it personal" |
| **5 Year** | **50,000,000** | • I realize this revenue in five years is a lofty goal given the current state of industry pricing and recent territory trends, but if we do not aim high we will fall short<br>• 6 Partners within Absolute Medical in multiple states with 30+ employees<br>• Looking forward to becoming #1 with our collaborative visions and support |

8

# Conclusion



**Purpose of Presentation:**
To give a clear vision to Alphatec Sales Leadership on the intentions of my ability to manage a large geographical market in an effective way. By utilizing current resources, expanding current infrastructure, and maintaining a winning core culture, we will grow exponentially into THE market leader - quickly and efficiently – in our geography and nationally. We will be used as the success template for the future.

**Expectations:**
After year one to have a clean, concise group of partners and individuals who take their work personally and achieve results. After two to five years we will be recognized as not only one of the top independent organizations, but will be true leaders within Alphatec; both culturally and professionally. **Our sales will put us on the map, but our actions and culture will define us collectively as a cohesive unit**.

9