# **<u>EXHIBIT 6</u>**

**(To Be Filed Under Seal)**