# EXHIBIT 7

| | |
|---|---|
| **From:** | Greg Soufleris[gsoufleris@gmail.com] |
| **Sent:** | Sun 12/3/2017 2:49:13 PM (UTC) |
| **To:** | Craig Hunsaker[CHunsaker@atecspine.com] |
| **Cc:** | Christopher Y. Mills[christopher.mills@arlaw.com] |
| **Subject:** | Contract |
| **Attachment:** | Scan 6.jpeg |
| **Attachment:** | Scan 24.jpeg |

ATEC contract signed. Pass along page 24 to Pat :)
Lets have some fun!

-GS

## 8. EXECUTION.

8.1 <u>Counterparts</u>. This Agreement may be signed in any number of counterparts, each of which is deemed original, but all of which together constitute one and the same Agreement.

8.2 <u>Execution</u>. The Parties agree that execution and delivery of this Agreement and any amendments by the Parties shall be legally valid and effective through: (a) executing and delivering a paper copy of the document; (b) transmitting the executed paper copy of the document by facsimile or electronically scanned format and emailed; or (c) creating, generating, sending, receiving and executing through an electronic signature system such as DocuSign®.

8.3 <u>Entire Agreement</u>. This Agreement (including all Exhibits and the Commercial Policy) constitutes the entire, final, complete and exclusive agreement between the Parties and supersedes all previous or contemporaneous agreements, intentions or representations, oral or written, relating to Representative's rights and obligations as an independent sales representative of ATEC as provided in this Agreement. This Agreement (except for the Commercial Policy which may be modified by ATEC), unless expressly allowed under this Agreement, may not be modified or amended except in a writing signed by a duly authorized representative of each Party. Unless expressly permitted under this Agreement, no other act, document, purchase order, invoice, surgical request form,, email, text message, Notice, voice mail, usage, or custom will be deemed to amend or modify any part of this Agreement.

The Parties by their duly authorized representatives do hereby agree to be bound by the terms and conditions of this Dedicated Sales Representative Agreement effective on **December 1, 2022** and all Exhibits.

**ABSOLUTE MEDICAL SYSTEMS, LLC**     **ALPHATEC SPINE, INC.**

By: _____      By: _____
Greg Soufleris                          Jonathan Allen
Distributor Principal                   EVP, Commercial Operations

Address for Notice Purposes:            Address for Notice Purposes:
8901 Lee Vista Blvd., #3003             5818 El Camino Real
Orlando, FL 32829                       Carlsbad, California 92008
Telephone: 954-868-4492                 Attn: Legal (Sales Agent)
Email: gsoufleris@absolute-med.com      Telephone: 800-922-1356
                                        Fax: 760-930-2513
                                        Email: legal@ATECspine.com

*Attached: Exhibits A through I*

## EXHIBIT H
## MISCELLANEOUS TERMS AND CONDITIONS

A.  **Notices.** Any notice or other communication made in connection with this Agreement shall be deemed to be delivered if made in writing and electronic or physical delivery is confirmed, except for Sundays and national holidays, in which case notice shall be deemed delivered on the next business day.

B.  **Assignment.** Representative may not assign or transfer any of its rights or delegate its obligations in this Agreement, including by change in control or merger, without the prior written consent of ATEC. No assignment, transfer or delegation not consented to by ATEC will relieve Representative of any of its obligations hereunder. Notwithstanding the foregoing, this Agreement will be fully-enforceable against such assignee or transferee. ATEC may assign this Agreement without consent.

C.  **Third-Party Beneficiaries.** This Agreement is entered into solely for the benefit of the Parties hereto and, except as expressly provided to the Indemnified Parties, does not confer any rights upon any person or entity not a party to this Agreement, including any customer, purchaser, healthcare facility, healthcare provider, sales representative, nor any employee, independent contractor or agent of either Party.

D.  **Waiver.** The failure of a Party to enforce any provision of the Agreement shall not be construed to be a waiver of the right of such Party to thereafter enforce that provision or any other provision or right in this Agreement or Law.

E.  **Advice of Counsel.** Each of the Parties to this Agreement represent that they have had the opportunity to seek the advice of counsel with respect to the negotiation and execution of this Agreement. Representative further represents that it has executed this Agreement without reliance on any counsel from or for ATEC with respect to any portion of this Agreement. This Agreement will not be more strongly construed against either Party, regardless of who is more responsible for its preparation.

*— Pat Miles to set up a round of golf at Augusta National golf club through Rob Pace with Paul Sawin and Greg Soutaris :)*

24