# EXHIBIT 8

**NOTICE OF RIGHT TO INDEMNIFICATION**

To:  Alphatec Spine, Inc.　　　　　　　　Alphatec Spine, Inc.
　　　5818 El Camino Real　　　　　　　　1950 Camino Vida Roble
　　　Carlsbad, California 92008　　　　　Carlsbad, California 92008
　　　Attn: Legal　　　　　　　　　　　　Attn: Legal
　　　Email: legal@ATECspine.com

TO WHOM IT MAY CONCERN:

　　　I serve as the Chapter 7 Trustee in the Chapter 7 bankruptcy case filed in the United States Bankruptcy Court for the Middle District of Florida (the "Court") by Absolute Medical, LLC ("AM"), Case No. 6:23-bk-03715 (the "Bankruptcy Case"). The Bankruptcy Case was filed on September 8, 2023.

　　　Effective December 1, 2017, AM's successor-in-interest, Absolute Medical Systems, LLC ("AMS"), entered into a Dedicated Sales Representative Agreement (the "Agreement") with Alphatec Spine, Inc. ("ATEC"). A material component of the Agreement was an attachment to the Agreement called the "Insurance, Indemnification and Disputes" attachment (the "Indemnification Provision"), which was Exhibit F to the Agreement.

　　　I direct your attention to Section V.B. of the Indemnification Provision. That section of the Indemnification Provision provides as follows:

　　　<u>Restriction Agreement Indemnification.</u> *ATEC agrees that it will defend and indemnify the Restricted Parties [which includes Greg Soufleris and AM] in any demand or claim brought by Nuvasive, Inc. or any of its affiliated entities during the Term or within one year after expiration or termination of same alleging that the Restricted Parties' entry into and performance of its duties under this Agreement constitutes a breach of the Restriction Agreement. ATEC and Mr. Soufleris will act in good faith and with due legal prudence to mutually agree to the selection of defense counsel. This obligation shall survive termination of the Agreement for a period of one year after expiration or termination.*

　　　As the Bankruptcy Trustee in the AM Bankruptcy Case, you are hereby placed on **NOTICE** of my intent to claim full and complete indemnity against ATEC for the judgment obtained by Nuvasive, Inc. in the United States District Court for the Middle District of Florida (the "District Court") in Case No. 6:17-cv-2206 (the "District Court Case"). On November 22, 2023, the District Court awarded a Default Judgment in the District Court Case against AM, AMS and three individuals. As the Bankruptcy Trustee in the AM case, I am entitled to demand (and hereby formally demand) indemnification from ATEC to pay the claim of Nuvasive, Inc. Once the District Court has entered the dollar amount of the Default Judgment, I will alert you of that amount, and will demand payment of the full amount of the Default Judgment, plus any and all post-judgment interest, fees and expenses.

This the 12th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　_____, Trustee
　　　　　　　　　　　　　　　　　　　　　Richard B. Webber II
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee of Absolute Medical, LLC
　　　　　　　　　　　　　　　　　　　　　rwebber@zkslawfirm.com
　　　　　　　　　　　　　　　　　　　　　(407) 425-7010