*In re Absolute Medical, LLC, et al.,* Case No. 6:23-bk-03715-LVV
*Richard B. Webber, Trustee v. Alphatec Spine, Inc.*; Adv. Pro. No. 6:25-ap-00158-LVV

## CERTIFICATE OF SERVICE

I, <u>Nicolette C. Vilmos</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of (i) *Complaint* [ECF No. 1]; (ii) *Summons in an Adversary Proceeding* and *Notice Scheduling Pretrial/Status Conference* [ECF No. 3]; (iii) *Plaintiff/Trustee's Motion to File, Under Seal, Certain Exhibits to Complaint* [ECF No. 2], and (iv) a copy of Local Rule 7001-1 was made on <u>September 11, 2025</u> by:

☒  Mail service: Regular, first class United States mail, postage fully pre-paid; and Certified Mail, Return Receipt Requested addressed to:

> Alphatec Spine, Inc.
> Attn.: Tyson E. Marshall, Agent
> 1950 Camino Vida Roble
> Carlsbad, CA 92008

☒  Mail service: Regular, first class United States mail, postage fully pre-paid to, addressed to:

> Ben West, Esq.
> Caldarelli Hejmanowski Page & Leer LLP
> 3398 Carmel Mountain Road, Suite 250
> San Diego, CA 92121

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____ as follows

Under penalty of perjury, I declare that the foregoing is true and correct.

| 09/11/2025 | */s/ Nicolette C. Vilmos* |
|---|---|
| Date | Signature |

| **Print Name:** | Nicolette C. Vilmos, Esq. <br> Berger Singerman LLP |
|---|---|
| **Business Address:** | 111 Magnolia Avenue, Suite 1450 <br> Orlando, FL 32801 |

35317110-1