ORDERED.

Dated: February 05, 2026

_____
Lori V. Vaughan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 7 |
| ABSOLUTE MEDICAL, LLC and ABSOLUTE MEDICAL SYSTEMS, LLC, | Case No. 6:23-bk-03715-LVV<br>Case No. 6:23-bk-03719-LVV<br>(Consolidated Cases) |
| Debtors, / | |
| RICHARD B. WEBBER, as Chapter 7 Trustee of the Bankruptcy Estates of Absolute Medical, LLC and Absolute Medical Systems, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 6:25-AP-00158-LVV |
| ALPHATEC SPINE, INC., | |
| Defendant. / | |

## ORDER AUTHORIZING DEFENDANT ALPHATEC SPINE, INC. TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

This case came before the Court on February 3, 2026, on the *ore tenus* motion of Defendant, Alphatec Spine, Inc. ("Alphatec"), for authorization to bring electronic equipment into the Courthouse for use at the March 11, 2026, hearing on its motion to dismiss (Doc. No. 43). The Court being fully advised in the premises, it is ordered that the motion is granted, and Alphatec's

technician James Herrity is authorized to bring the following electronic equipment into the Courthouse:

- 1 cellphone, 2 laptop computers, 1 portable monitor, assorted cabling and splitters.

###

Attorney Michael Tessitore is directed to serve a copy of this Order on interested parties non-CM/ECF users and file a proof of service within three (3) days of entry of the order.